# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E. Martinez; Rafael M. Martinez, Jr., <br><br> Plaintiffs, <br> vs. <br><br> Ehrenberg Fire District, <br><br> Defendant. | No. CV14-00299-PHX-DGC <br><br> **ORDER** |

Pursuant to the stipulation of the parties (Doc. 79),

**IT IS ORDERED** that the stipulation (Doc. 79) is **granted.** This case is dismissed with prejudice, each party to bear their own fees and costs.

Dated this 20th day of November, 2015.

_____
David G. Campbell
United States District Judge